Anthony Raimondo, #200387
  *apr@raimondomiller.com*
James D. Miller, #207709
  *jdm@raimondomiller.com*
Kevin B. Piercy, #322029
  *kbp@raimondomiller.com*
RAIMONDO | MILLER, a Law Corporation
P.O. Box 28100
Fresno, California 93729
Telephone: (559) 432-3000
Facsimile: (559) 432-2242

Attorneys for Defendant SETTON PISTACHIO OF TERRA BELLA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HESTER, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>    Plaintiff,<br><br>v.<br><br>SETTON PISTACHIO OF TERRA BELLA, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:22-cv-00593-JLT-SKO<br><br>[Tulare County Sup. Ct. Case No. VCU287299]<br><br>**ORDER REMANDING CASE TO STATE COURT** |

The Court having read and considered the Parties' Stipulation to Remand Case to State Court, and GOOD CAUSE appearing therefore, hereby enters the following Order:

    1.    The Parities' Stipulation to Remand Case to State Court is approved; and

    2.    The Clerk of the Court is directed to close the case and remand to the Superior Court of California, County of Tulare.

IT IS SO ORDERED.

Dated: __**July 15, 2022**__                          /s/ Jennifer L. Thurston
                                                              UNITED STATES DISTRICT JUDGE